FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERIC A. EAGLETON,

        Defendant.

Case No.: 2:22-MJ-00127-JAG

Order Granting Motion To Seal the Criminal Complaint, Affidavit, and its Attachments and the Motion and Order to Seal

IT IS HEREBY ORDERED that the Criminal Complaint, Attachments, Motion and Order to Seal, and Affidavit to the Complaint are sealed, pursuant to Federal Criminal Procedure Rule 41.1(d), until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 25th day of April, 2022.

                              James A. Goeke
                              United States Magistrate Judge