# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. ERIC A. EAGLETON**                     Case No.  2:22-MJ-127-JAG-1

**Detention Hearing:**                                                                 05/02/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Patrick Cashman, US Atty |
| ☒ | Shane Moore, US Probation / Pretrial Services | ☒ | David Miller, Defense Atty |
| ☒ | Defendant present in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained pending further order of the Court | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel. Defendant's mother was present in support of Defendant.

The Court has reviewed the Pretrial Services Report (ECF No. 10); Supplemental Pretrial Services Report (ECF No. 16); and Motion for Detention (ECF No. 9).

USA made factual proffers and argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure the appearance of Defendant and/or the safety of any other person and the community.

Defense counsel proffered various case law, made factual proffers and proffered the Pretrial Services Report and Supplemental Pretrial Services Report agreeing with the recommendation of release. Defense counsel presented argument for Defendant's release arguing there are conditions that can be imposed which would ensure Defendant's appearance at future hearing and the safety of any other person and the community.

Rebuttal.

Defendant waived the preliminary hearing currently set for May 5, 2022, at 1:30 p.m. and requested the status hearing (possible arraignment) be set in a few weeks. Defense counsel is in possession of Defendant's Passport and will turn that over to Pretrial Services.

**The Court ordered:**
1. Government's Motion for Detention **denied**.
2. Status hearing currently set for May 5, 2022, at 1:30 is CONTINUED to May 23, 2022, at 1:30 p.m.
3. Conditions of release were read to Defendant in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana

Digital Recording/S-740        Time:  1:40 p.m. – 2:31 p.m.                            Page 1

- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Comply with all conditions imposed by other courts.
- Reside at residence approved by Pretrial Services, Advise Pretrial Services, the Court, and attorney, in writing, prior to any change in residence or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Remain in Eastern District of Washington while case is pending unless receive permission in advance to travel outside of district from Pretrial Services
- Avoid all contact, direct or indirect, with any witness or victim in case, to include codefendants
- Avoid all contact, direct or indirect, with any known felons
- Pretrial Services of termination
- May not consume any alcohol whatsoever
- No firearms in home where he resides; Pretrial Services shall conduct home visit to verify no firearms are in the home
- Home detention when not at work

**Status Hearing:**
**05/23/2022**
**@ 1:30 p.m. [S/JAG]**