PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Eric A. Eagleton ) | Case No. 2:22CR00052-TOR-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eric A. Eagleton, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 2, 2022, Mr. Eagleton appeared before the Court for the purpose of a detention hearing. The Court ordered Mr. Eagleton to be released from custody under conditions of pretrial release supervision (ECF No. 61).

Additional condition of release number 17 subjects Mr. Eagleton to home detention, in which he is required to receive permission from the U.S. Probation Office to leave his residence for specific purposes. Since Mr. Eagleton's release, there are no known violations of pretrial release supervision.

Based on his compliance with the release conditions, the undersigned officer respectfully recommends additional condition number 17, which subjects Mr. Eagleton to home detention, be removed from the release order.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
|---|---|---|---|
| Eric A. Eagleton | 7 July 22 | Erik Carlson | July 7, 2022 |

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel    Date: 7/7/22

David Miller

[X]  The above modification of conditions of release is ordered, to be effective on 7/8/2022.

[ ]  The above modification of conditions of release is **not** ordered.

| | |
|---|---|
| *James A. Goeke* (signature) | 7/8/2022 |
| Signature of Judicial Officer | Date |

James A. Goeke