# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. ERIC A. EAGLETON, Defendant. | Case No. 2:22-CR-0052-TOR-2<br>CRIMINAL MINUTES<br>DATE: 1/18/2023<br>LOCATION: Spokane 902<br>CHANGE OF PLEA HEARING |
|---|---|

### JUDGE THOMAS O. RICE

| Linda Hansen | N/A | N/A | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | David Miller | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court        [ ] US Probation Officer: N/A

Defendant present out of USMS custody and assisted by counsel.

Pat Cashman advised the Court that there is a minor change to the previously provided Plea Agreement.

Oath administered to Defendant for change of plea. Defendant confirmed his name as reflected on the plea agreement.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty to Count 2 of the Superseding Indictment, and the Court accepted his plea as knowing and voluntarily. The Court found Defendant fully competent and aware of the charges against him and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **4/20/2023 at 10:00 a.m.**

Defendant released on previously imposed conditions pending sentencing.

| CONVENED: 1:26 PM | ADJOURNED: 1:37 PM | TIME: 11 MINS | ORDER FORTHCOMING [X] |
|---|---|---|---|